SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGUEI G. KOULIKOV, <br><br>          Plaintiff, <br><br>     v. <br><br> FRANCIS D. SICILIANO, Officer-in-Charge, San Jose Sub Office of United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; ALBERTO R. GONZALES, Attorney General of the United States, <br><br>          Defendants. | No. C 07-3761 RMW <br><br> **DECLARATION OF TIFFANI CHIU** |

I, Tiffani Chiu, declare and state as follows:

1. I am employed by the United States Attorney's Office, Northern District of California, as a Paralegal. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102.

2. On Monday, September 24, 2007, I attempted repeatedly to access the CM/ECF system to file the parties' Second Stipulation to Extend Dates and [Proposed] Order. I made at least three

Chiu Declaration
C07-3761 RMW                                    1

1  attempts after 12:00 noon, each attempt separated by an hour.  Each time, I received an "HTTP 404
2  - file not found" error message.
3     Signed this 25th day of September 2007, in San Francisco, California.

            _____/s/_____
            TIFFANI CHIU

Chiu Declaration
C07-3761 RMW                    2