SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/3/07*

| | |
|---|---|
| SERGUEI G. KOULIKOV, | ) No. C 07-3761 RMW |
|     Plaintiff, | ) |
| v. | ) |
| FRANCIS D. SICILIANO, Officer-in-Charge, San Jose Sub Office of United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; ALBERTO R. GONZALES, Attorney General of the United States, | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
|     Defendants. | ) |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant plaintiff's application for naturalization and issue an oath ceremony notice, and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-3761 RMW                                       1

1 | Dated: September 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

9 | Date: September 19, 2007

SERGUEI G. KOULIKOV
Pro se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/3/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-3761 RMW

2